UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

Case Number:  07-14188-CIV-MARTINEZ-LYNCH

JESUS CRUZ, and all similarly situated
individuals,

    Plaintiff,

vs.

GATEWAY PAINTING OF THE TREASURE
COAST, INC, a Florida corporation, ,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice **(D.E. No. 30)**. The parties have represented to the Court that this dismissal is not pursuant to a settlement agreement. It is:

**ADJUDGED** that this action is DISMISSED WITH PREJUDICE. It is also:

**ADJUDGED** that all pending motions in this case are DENIED AS MOOT, and this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of October, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record